

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00037-CV

---

LOIS STEVEN, APPELLANT

V.

OBREGON REMODELING (MAX), APPELLEE

---

On Appeal from the County Court at Law No. 3
Tarrant County, Texas
Trial Court No. 2022-005665-3, Honorable Mike Hrabal, Presiding

---

May 20, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Lois Steven, proceeding pro se, appeals from the trial court's *Final Judgment*.[1]  Steven's brief was due March 25, 2024, but was not filed.[2]  By letter of April

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

[2] On April 15, 2024, Steven attempted to file a document via eFile requesting a five-week extension to file a brief.  This document was rejected by the Clerk of the Court, however, because it was not served on the parties and did not include a certificate of conference as required by the appellate rules.  *See* TEX. R. APP. P. 9.5, 10.1(a)(5).  Steven was instructed to file a corrected motion for extension in compliance with the appellate rules by April 18, 2024.   Steven did not file a corrected motion and has not filed any additional requests for extension.

24, 2024, we notified Steven that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by May 6. To date, Steven has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam